# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2702

_____

WILLIE DICKERSON,

Petitioner,

v.

J. POLISKNOWSKI, S. HARRIS, J.
BIDEN, R. DESANTIS,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


January 31, 2025


PER CURIAM.

DISMISSED.

NORDBY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Willie Dickerson, pro se, Petitioner.

Attorney General and Jacqueline I. Kurland, Assistant Attorney General, Tallahassee, for Respondents.